Entered: October 23, 2012
Signed: October 22, 2012

**SO ORDERED**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Greenbelt Division)

In Re:  Colin Ivan Mapp                                   Case No. 11-11211 PM
       Lorraine Patricia Mapp                        Chapter 11

       Debtors

_____

| | |
|---|---|
| Colin Ivan Mapp | : |
| Lorraine Patricia Mapp | : |
| | : |
|        Movants | : |
| | : |
|    v. | : |
| | : |
| BAC HOME LOAN SERVICING, L.P. | : |
| | : |
|        Respondent. | : |

_____

**CONSENT ORDER GRANTING DEBTORS' MOTION TO VALUE COLLATERAL
AND TO MODIFY SECURED CLAIM ON MORTGAGE
HELD BY BAC HOME LOAN SERVICING LP
PURSUANT TO 11 U.S.C. § 506
(3047 Arunah Avenue, Baltimore, Maryland 21216)**

_____

Having considered Debtors' Motion, and the consent of the parties thereto, and it

appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set

forth in the cases of Johnson **v.** Asset Management Group**, LLC,** 226 B.R. 364 (D. Md. 1998)

and First Mariner Bank v. Johnson, 411 B.R. 221 (D. Md. 2009), it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the value of the collateral securing Respondent's claim is $19,000.00; and it is further

ORDERED, that to the extent Respondent's claim exceeds the value of its collateral, it is unsecured; and it is further

ORDERED, that at such time as a discharge Order is entered in this case, the lien held in favor of Respondent on the property located at **3047 Arunah Avenue, Baltimore, Maryland 21216** is void to the extent of Respondent's unsecured claim, and it is further

ORDERED, that the claim of Respondent herein shall be treated under Debtors' plan as an allowed secured claim in an amount not to exceed the value of Respondent's collateral ($19,000.00) and as an allowed, general unsecured claim for the balance; and it is further

ORDERED, that the Debtors shall pay Respondent the amount of $19,000.00 over 360 months at the interest at the rate of 5.25% pursuant to Till v. SCS Credit Corp., 451 U.S. 465 (2004).


Consented to as to form and substance:          /s/ L. Jeanette Rice
                                                L. Jeanette Rice, 12933
                                                Walsh, Becker, Moody & Rice
                                                14300 Gallant Fox Lane, Suite 218
                                                Bowie, MD 20715
                                                301-262-6000
                                                *Attorney for Debtors*

/s/ Randa S. Azzam
Randa S. Azzam, Esquire
Samuel I. White, P.C.
913 King Street
Alexandria, VA 22314
*Attorney for Respondent*

**CERTIFICATION OF CONSENT**

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ line on this copy reference the signatures of consenting parties on the original Consent Order.

Respectfully submitted,

/s/ L. Jeanette Rice
L. Jeanette Rice, Esquire No. 12933
*Attorney for Debtors*

CC:

L. Jeanette Rice
14300 Gallant Fox Lane # 218
Bowie, MD 20715

Office of the U.S. Trustee
6305 Ivy Lane, # 600
Greenbelt, MD 20770-6305

Randa S. Azzam, Esquire
Samuel I. White, P.C.
913 King Street
Alexandria, VA 22314

**END OF ORDER**